

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JUSTIN RYAN LEBLANC, | § | No. 08-22-00218-CV |
| Appellant, | § | Appeal from the |
| v. | § | 419th Judicial District Court |
| MICHELE RENEE LEBLANC, | § | of Travis County, Texas |
| Appellee. | § | Cause No. D-1-FM-20-005276 |

# J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellants and their sureties, if any, *see* TEX. R. APP. P. 43.5, for performance of the judgment and all costs, both in this Court and the court below, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 14TH DAY OF JULY, 2023.

GINA M. PALAFOX, Justice

Before Rodriguez, C.J., Palafox, and Soto, J.J.